■ David Marmer, D.D.S., P. C., et al., Respondents, v Douglas Maggio et al., Appellants. [646 NYS2d 282] —Appeal by the

defendants from an order of the Supreme Court, Nassau County (Kutner, J.), entered October 11, 1995.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Kutner, at the Supreme Court. Miller, J. P., O'Brien, Goldstein and McGinity, JJ., concur.